UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYNTHIA FREY,                          )
9100 Sterling Montague Dr.,            )
Great Falls, VA 22066                  )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )  Civil No. 08-0694 (JDB)
                                       )
U.S. DEPARTMENT OF ENERGY,             )
Washington, DC 20585,                  )
                                       )
THE UNITED STATES OF AMERICA,          )
                                       )
        Defendants.                    )
_____)

## ANSWER

Defendants United States of America, and United States Department of Energy [DOE], by and through their undersigned attorneys, hereby answer the Complaint in this action as follows:

## FIRST DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted.

## SECOND DEFENSE

The United States of America is not a proper party defendant in this case.

## THIRD DEFENSE

In response to the unnumbered paragraphs of the Complaint, defendants admit, deny, or otherwise aver as follows:

1.   The first paragraph is a characterization of the plaintiff's action, to which no answer is required.  If an answer is deemed required, denied.

2.   The second paragraph is a statement of law concerning the Court's jurisdiction, to which no answer is required.

3.- 4.  In the third and fourth paragraphs, admit that plaintiff is an attorney at the Federal Regulatory Energy Commission, that defendant DOE is an agency of the United States, and that defendant DOE is in possession of certain records requested by plaintiff.

5.   Fifth paragraph: Deny, and aver that plaintiff made a Freedom of Information Act request to the Office of Inspector General [OIG], by letter dated February 14, 2002, and the Court is respectfully referred to a copy of that letter for a complete and accurate statement of its contents.  Defendants admit that by letter dated May 9, 2002, DOE's OIG responded to plaintiff's FOIA request, and the Court is respectfully referred to a copy of that letter for a complete and accurate statement of its contents.  Defendants deny that the documents released were heavily redacted, indecipherable and non-responsive to plaintiff's request.

6.-7.   Sixth and seventh paragraphs: Deny, and aver that by letter dated June 8, 2002, plaintiff appealed OIG's May 9, 2002, decision to DOE's Office of Hearings and Appeals [OHA], and the Court is respectfully referred to a copy of that letter for a complete and accurate statement of its contents.  Defendants further deny that plaintiff's appeal was denied on December 2, 2002, and aver that plaintiff's appeal was denied on December 19, 2002, and the Court is respectfully referred to a copy of decision for a complete and accurate statement of its contents.

8.   Eighth paragraph:  Admit that plaintiff sent a letter to OHA dated June 30, 2004, and the Court is respectfully referred to a copy of that letter for a complete and accurate statement of its contents.  Admit that OHA responded to plaintiff's request on July 15, 2004, and the Court is respectfully referred to a copy of that letter for a complete and accurate statement of its contents.  Defendants further admit that the Office of the Executive Secretariat responded to plaintiff's request on August 4, 2004, and the Court is respectfully referred to a copy of that letter for a complete and accurate statement of its contents. Admit that OIG responded to plaintiff's request by letter dated August 30, 2004, and the Court is respectfully referred to a copy

of that letter for a complete and accurate statement of its contents.

9.  Ninth paragraph: Admit that plaintiff filed an appeal on September 29, 2004, and the Court is respectfully referred to a copy of that appeal for a complete and accurate statement of its contents.

10.  Tenth paragraph:  Admit that plaintiff's appeal was decided on October 22, 2004, and the Court is respectfully referred to a copy of that decision for a complete and accurate statement of its contents.

11.  Eleventh paragraph:  Deny, and aver that OIG responded to the OHA remand by letter dated April 4, 2005, sent to plaintiff, and the Court is respectfully referred to a copy of the OIG letter for a complete and accurate statement of its contents.  The remainder of this paragraph is denied.

12.  Twelfth paragraph:  Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation.

13.  Thirteenth paragraph:  This paragraph consists of plaintiff's request for relief, to which no response is required; to the extent that a response is required, deny.

14.    Fourteenth paragraph: First sentence:  Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation.  Second sentence: Deny, as a conclusion of law.

15.    Fifteenth paragraph: Defendants incorporate all the responses to plaintiff's unnumbered paragraphs as set forth above.

16.    Sixteenth paragraph: Deny, as a conclusion of law, except to admit that plaintiff has requested certain records from defendant DOE.

17.    Seventeenth paragraph: Deny.

The remainder of plaintiff's Complaint is a request and claim for relief.  Defendants deny that plaintiff is entitled to the relief requested, or to any relief whatsoever.

Except to the extent expressly admitted or qualified above, defendants deny each and every allegation in the Complaint.

Respectfully submitted,


      /s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


      /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


5

_____/s/_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

<u>CERTIFICATE OF SERVICE</u>

I certify that the accompanying Answer was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

Cynthia Frey
9100 Sterling Montague Dr.
Great Falls, VA 22066

on this <u>28th</u> day of May, 2008.

MARINA UTGOFF BRASWELL, D.C. Bar #416587
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7226