UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CYNTHIA A. FREY,**<br><br>  Plaintiff,<br><br>  v.<br><br>**U.S. DEPARTMENT OF ENERGY, et al.,**<br><br>  Defendants. | Civil Action No. 08-694 (JDB) |

## ORDER

Defendants have now answered plaintiff's complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  The requirements of Local Civil Rule 16.3 and Fed. R. Civ. P. 26(f) are inapplicable to FOIA actions.  <u>See</u> Local Civil Rule 16.3 (b)(1).  The Court has reviewed the complaint and the answer in this case.  Defendant raises grounds for dismissal or summary judgment but has not yet filed a dispositive motion.  Accordingly, it is hereby

**ORDERED** that the parties shall confer and submit by not later than June 23, 2008, a proposed briefing schedule for the filing of dispositive motions to resolve this matter.  In the event the parties cannot agree, separate proposals shall be filed by that date.

/s/
JOHN D. BATES
United States District Judge

Dated:   May 30, 2008