UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
CYNTHIA FREY,                         )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )  Civil No. 08-0694 (JDB)
                                      )
U.S. DEPARTMENT OF ENERGY,            )
                                      )
THE UNITED STATES OF AMERICA,         )
                                      )
        Defendants.                   )
                                      )
```

**DEFENDANTS' PROPOSED BRIEFING SCHEDULE**

In response to the Court's order dated May 30, 2008, defense counsel has been in communication with plaintiff pro se about a proposed briefing schedule in this case. Plaintiff did not give defense counsel her position on defendants' proposed briefing schedule or offer to defendants one of her own. Therefore, in keeping with the Court's Order, defendants propose the following briefing schedule:

(1) Defendants will file their dispositive motion on or before July 21, 2008;

(2) Plaintiff will file her opposition and, if desired, cross-motion for summary judgment on or before August 18, 2008;

(3) Defendants will file their reply and opposition to any cross-motion by plaintiff on or before September 8, 2008; and

(4) Plaintiff will file her reply, if she has cross-moved for summary judgment, on or before September 29, 2008.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226



SO ORDERED on this _____ Day of June, 2008.


_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I certify that the accompanying Defendants' Proposed Briefing Schedule was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

>Cynthia Frey
>9100 Sterling Montague Dr.
>Great Falls, VA 22066

on this <u>23rd</u> day of June, 2008.

>_____
>MARINA UTGOFF BRASWELL, D.C. Bar #416587
>Assistant United States Attorney
>U.S. Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226