```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

CYNTHIA FREY,                  )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil No. 08-0694 (JDB)
                               )
U.S. DEPARTMENT OF ENERGY,     )
                               )
THE UNITED STATES OF AMERICA,  )
                               )
        Defendants.            )
                               )

                    JOINT MOTION TO STAY CASE

Plaintiff has requested defendant for a period to stay this case to see if the parties could attempt to resolve plaintiff's request for access to documents under the Freedom of Information Act. Defendant has agreed, and therefore the parties request that this case be stayed until August 31, 2008. If the parties are unable to resolve the issues, the parties request an opportunity to submit a new proposed briefing schedule on August 31, 2008.

Plaintiff has authorized defendant to file this motion on her behalf.

                          Respectfully submitted,


                          _____/s/_____
                          JEFFREY A TAYLOR, D.C. BAR # 498610
                          United States Attorney


                          _____/s/_____
                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                          Assistant United States Attorney

```
       /s/
_____
MARINA UTGOFF BRASWELL, D.C. BAR # 416587
Assistant United States Attorneys
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

CYNTHIA FREY,                        )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )   Civil No. 08-0694 (JDB)
                                     )
U.S. DEPARTMENT OF ENERGY,           )
                                     )
THE UNITED STATES OF AMERICA,        )
                                     )
        Defendants.                  )
                                     )

**ORDER**

Upon consideration of the joint motion to stay, and the entire record herein, and it appearing to the Court that the grant of this motion would be just and proper, it is hereby

ORDERED that the joint motion to stay is granted; and it is further

ORDERED that if the parties cannot resolve this case they shall submit a new proposed briefing schedule on August 31, 2008.

_____
UNITED STATES DISTRICT JUDGE