IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Cynthia A. Frey )
9100 Sterling Montague Dr. )
Great Falls, VA 22066-4004 )
*Plaintiff* )
 )
v. ) No. 08-0694 (JDB)
 )
DEPARTMENT OF ENERGY, )
and )
THE UNITED STATES OF AMERICA )
*Defendants* )

RECEIVED
SEP - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO CONTINUE STAY

This Honorable Court has granted a stay until September 2, 2008, in order to give the parties time to resolve their differences with respect to Plaintiff's Freedom of Information Act request in this docket. The major difference between Plaintiff and Defendant is whether the requested testimony even exists at all. There are current and past FERC General Counsels and a few other high level FERC officials who are aware of this specific November/December 1996 testimony of Mr. Maynard Ugol and its contents. Unfortunately, the Defendant Inspector General of DOE has chosen to lie to this court and to his counsel about the existence of this testimony. The reason is that the Inspector General eagerly covered up serious misconduct and possible criminal behavior for a past management at FERC, in addition to other testimony, which was attested to under oath by Mr. Ugol (a long time member of FERC management) just before Mr. Ugol retired.

No doubt due to a heavy work load, defense counsel has taken a passive role in responding to the Court's request for a resolution of these differences between the parties. Plaintiff has found out much to her chagrin that there is no desire to get involved in this matter on the part of aforementioned FERC officials. No answer is not "the answer," and does not resolve the dispute. Neither does it reveal the truth to this court. Plaintiff does not have enough clout to get a meaningful response, but defense counsel certainly does.

Therefore, Plaintiff requests enough time, at least until November 1, 2008, for Plaintiff and defense counsel to make a meaningful and sincere effort to find out the disputed facts and attempt to resolve their differences accordingly, as this Court has ordered.

                                        Respectfully submitted,

                                        Cynthia A. Frey,
                                        *Plaintiff Pro Se*

Notice will be delivered to Ms. Marina Braswell forthwith.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Cynthia A. Frey )
9100 Sterling Montague Dr. )
Great Falls, VA 22066-4004 )
*Plaintiff* )
)
v. ) No. 08-0694 (JDB)
)
DEPARTMENT OF ENERGY, )
and )
THE UNITED STATES OF AMERICA )
*Defendants* )

ORDER

Upon consideration of Plaintiff's request, and to the importance of attesting to the truth to this Court, as well as to the attorney for the Defendant and to the Plaintiff, it is hereby

ORDERED that the Motion to Continue Stay is granted until November 1, 2008; and it is further

ORDERED that Plaintiff and counsel for the Defendant make a serious and meaningful effort to ascertain whether the November/December 1996 testimony of Mr. Maynard Ugol actually exists.

_____
UNITED STATES DISTRICT JUDGE